■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES E. WIMBUSH, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered May 23, 1985, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Weinstein and Spatt, JJ., concur.

■ In the Matter of DOUGLAS I. MILAN, a Suspended Attorney, Petitioner.—Application by petitioner, a suspended attorney and counselor-at-law, for reinstatement to the Bar of the State of New York and to have his name restored to the roll of attorneys and counselors-at-law, his period of suspension having expired.

The matter is referred to the Committee on Character and Fitness for investigation and report on (1) whether the petitioner complied with this court's order of suspension and (2) whether he presently possesses the character and fitness requisite for an attorney and counselor-at-law.

The application for reinstatement will be held in abeyance pending the Committee's report. Mollen, P. J., Lazer, Mangano, Thompson and Bracken, JJ., concur.